IN THE UNITED STATES BANKRUPTCY COURT
EASTERN & WESTERN DISTRICTS OF ARKANSAS

IN RE:     DEBRA COATS                     CASE NO. 4:12-bk-16676
               DEBTOR                           CHAPTER 13

## MODIFICATION OF CHAPTER 13 PLAN

Comes Now the Debtor by and through her attorney, Kent Pray, and for her Modification of Chapter 13 Plan states:

1. Payments shall be made in the sum of $840.00 monthly. The debtor is paid bi-weekly. This modification increases the effect of the amount of the plan payment.

2. The plan length from the date of filing shall be 60 months. This modification does not affect the length of the plan.

3. Unsecured creditors -treatment shall remain the same.

4. The following changes are to be made to each creditor as set out below:

| **Creditor** | **Change in treatment/classification** |
|---|---|
| United Consumer Financial Services | The claim of $1,679.86 shall be paid in full at 4% interest with monthly payments of $30.94. |

5. Unsecured creditors shall be paid at least as much as they would receive under Chapter 7.

6. All other provisions as set forth in the last confirmed plan shall remain the same.

7. Debtor will pay all disposable income to the Trustee into the plan as required by the Bankruptcy Code.

Date:     March 27, 2013

Respectfully Submitted

\s\ John Jackson

_____
Kent Pray, Bar No. 91228
Christian W. Frank, Bar No. 01219
John O. Jackson, Bar No. 2002213
Attorneys for Debtor(s)
PRAY LAW FIRM, P.A.
P. O. Box 94224
N. Little Rock, AR  72190
(501) 771-7733

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN & WESTERN DISTRICTS OF ARKANSAS

IN RE:   DEBRA COATS                    CASE NO. 4:12-bk-16676
         DEBTOR                          CHAPTER 13

NOTICE OF OPPORTUNITY TO OBJECT
TO AMENDED PLAN

    You are hereby notified that the debtor has filed the attached modification to the plan pursuant to 11 U. S. C. Sec. 1329 and Rule 2002(b) of the Rules of Bankruptcy Procedure. Objections to Confirmation of the Plan as Modified must be filed in writing within twenty-one (21) days from the date of this notice, with the U.S. Bankruptcy Court, 300 W. 2nd St., Little Rock, Arkansas, 72201, with copies to the attorney for debtor and Joyce Bradley Babin, Trustee, P.O. Box 8064, Little Rock, AR 72203.

    If objections to the plan are filed, they will be set for a hearing by subsequent notice. If no objections are received, the plan as modified may be confirmed without further notice or hearing.

Kent Pray, Bar No. 91228
Christian W. Frank, Bar No. 01219
John O. Jackson, Bar No. 2002213
Attorneys for Debtor(s)
PRAY LAW FIRM, P.A.
P. O. Box 94224
N. Little Rock, AR  72190
(501) 771-7733

\s\ John Jackson
_____

Date:   March 27, 2013

CERTIFICATE OF MAILING

    I, the undersigned, hereby certify that copies of the foregoing notice and attached Modification to Plan have been mailed to the following:

Joyce Bradley Babin, Trustee
P.O. Box 8064
Little Rock, AR 72203-8064

Debra Coats
3910 W 11th
Little Rock, AR  72204

Legal Division
Employment Security Div.
P. O. Box 2981
Little Rock, AR 72203

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

U. S. Attorney
Eastern District
P. O. Box 1229
Little Rock, AR  72203

Legal Division
Dept. of Finance & Admin.
P.O. Box 1272
Little Rock, AR 72203

and to all creditors whose names and addresses are set forth below:

United Consumer Financial Services
c/o Bass & Assoc.
3936 E. Ft. Lowell Road #200
Tucson, AZ  85712

Dated:   March 27, 2013

\s\ John Jackson
_____
Kent Pray, Bar No. 91228
Christian W. Frank, Bar No. 01219
John O. Jackson, Bar No. 2002213
Attorneys for Debtor(s)
PRAY LAW FIRM, P.A.
P. O. Box 94224
N. Little Rock, AR  72190
(501) 771-7733